Tuesday, September 17, 2013

No. 12–0414/AR.  U.S. v. David G. Spicer, Jr.  CCA 200900608.  Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including October 1, 2013*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 13–0724/AR.  U.S. v. Michael G. Tovar.  CCA 20120015.  Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including October 1, 2013*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 13–0727/AR.  U.S. v. Larry W. Reed, Jr.  CCA 20120589.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including October 1, 2013*, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0038/AF.  U.S. v. Kevin A. Slagle.  CCA 38087.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 7, 2013.

No. 14–0039/AF.  U.S. v. Yedeychem Mann.  CCA 38124.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 7, 2013.

No. 14–0041/AR.  U.S. v. Brandon A. Tripp.  CCA 20111018.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 7, 2013.